FILIPPI, APPELLANT, *v.* AHMED ET AL., APPELLEES.

[Cite as *Filippi v. Ahmed,* 112 Ohio St.3d 546, 2007-Ohio-808.]

(Nos. 2006–1861 and 2006–1950—Submitted February 14, 2007—Decided March 14, 2007.)

{¶ 1} The certified question is answered in the negative, and the judgment of the court of appeals is reversed on the authority of *Gehm v. Timberline Post & Frame,* 112 Ohio St.3d 514, 2007-Ohio-607, 861 N.E.2d 519.

{¶ 2} The discretionary appeal is dismissed as moot.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

Bashein & Bashein Co., L.P.A., and W. Craig Bashein; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellant.